**Criminal Case Cover Sheet**                                                                 **U.S. District Court - District of Massachusetts**

| | | | | |
|---|---|---|---|---|
| **Place of Offense:** | _____ | **Category No.** II | **Investigating Agency** | HSI |
| **City** | Boston | **Related Case Information:** | | |
| **County** | Suffolk | Superseding Ind./ Inf. 24-10325-DJC | Case No. | 24-mj-8378-PGL |
| | | Same Defendant _____ New Defendant _____ | | |
| | | Magistrate Judge Case Number _____ | | |
| | | Search Warrant Case Number 24-8341-8343-PGL; 24-8364-8365-PGL | | |
| | | R 20/R 40 from District of _____ | | |

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number 24-mj-8378-PGL    ✓ Yes   ☐ No

Defendant Name: Christopher Sheerer              Juvenile: ☐ Yes  ✓ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ✓ No

Alias Name: _____

Address: Wyatt

Birth date (Yr only): 1988   SSN (last 4#): 1397   Sex: M   Race: White   Nationality: USA

Defense Counsel if known: William Fick     Address: 24 Federal St 4th floor, Boston, MA 02110

Bar Number: _____

**U.S. Attorney Information**

AUSA: Anne Paruti, Jessica Soto         Bar Number if applicable: 670356, 683145

Interpreter: ☐ Yes  ✓ No       List language and/or dialect: _____

Victims: ✓ Yes  ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ✓ Yes  ☐ No

Matter to be SEALED:  ☐ Yes  ✓ No

☐ Warrant Requested      ☐ Regular Process      ✓ In Custody

**Location Status:** _____

**Arrest Date:** 7/18/2024

✓ Already in Federal Custody as of  7/18/24  in  Wyatt.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint     ☒ Information     ☐ Indictment

**Total # of Counts:**   ☐ Petty ___    ☐ Misdemeanor ___    ✓ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

✓ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 09.11.25        Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Christopher Sheerer

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 2252A(a)(2) | Distribution of child pornography | 1 |
| Set 2 | 18 U.S.C. § 2252A(b)(5) | Posession of child pornography | 2 |
| Set 3 | 18 U.S.C. 2251(a), (e) | Sexual Exploitation of Children | 3 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013